UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIROSLAVA TORRES RODRIGUEZ,<br><br>             Petitioner,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>             Respondents. | NO. C13-42-RSM<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Motion to Dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondent's motion to dismiss (Dkt. # 8) is GRANTED, and this action is DISMISSED with prejudice; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

//
//
//
//
//

ORDER OF DISMISSAL - 1

1 DATED this 3rd day of April 2013.

2

3

4  RICARDO S. MARTINEZ
   UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2